IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PINEDA TRANSPORTATION, LLC, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:18-cv-00089 |
| ) | Judge Trauger |
| FLEETONE FACTORING, LLC, ET AL., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

Given the pendency of two motions (Docket Nos. 71, 73), one of which is dispositive, it is hereby ORDERED that the trial scheduled for September 24, 2019 and the pretrial conference scheduled for September 20, 2019 are CONTINUED, to be reset, if appropriate, following disposition of these motions.

It is so **ORDERED**.

ENTER this 29th day of August 2019.

_____
ALETA A. TRAUGER
U.S. District Judge