IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PINEDA TRANSPORTATION, LLC, ET AL., | ) |
| Plaintiffs, | ) |
| v. | ) Civil No. 3:18-cv-00089 |
| | ) Judge Trauger |
| FLEETONE FACTORING, LLC, ET AL., | ) |
| Defendants. | ) |

**O R D E R**

On January 28, 2022, the Magistrate Judge issued a Report and Recommendation (Doc No. 93), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the two motions filed by *pro se* representatives of the plaintiffs (Doc. Nos. 90, 91) are DENIED WITHOUT PREJUDICE.

The Clerk is directed to mail a copy of this Order to Guadalupe V. Pineda and Christian Pineda at the addresses listed in the motions.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge